AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Duval, Stanwood R. | U.S.D.C., EAST. DIST.LA | 05/19/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior Status | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008<br>to<br>12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 Poydras St., Rm. C-368<br>New Orleans, LA 70130 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Covenant House, Non-Profit Organization |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2009 MAY 26 A 11: 55
FINANCIAL
DISCLOSURE OFFICE

Duval_Stanwood_R

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 05/19/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New Orleans Bar Asssociation Bench/Bar Conference | May 4-7, 2008 | Point Clear, AL | Panelist at Conference | Food and lodging. |
| 2. | Donald "Boysie" Bollinger | August 20-25, 2008 | Argentina | Hunting trip | Travel, food and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 05/19/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 05/19/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Parcel #2, Terrbonne Parish, LA | A | Rent | J | W | | | | | |
| 2. Whitney Bank (Accounts) | A | Interest | K | T | | | | | |
| 3. Judicial & Justice Fed. Credit Union (Accounts) | A | Interest | J | T | | | | | |
| 4. Fordoche Inc. | C | Interest | K | W | | | | | |
| 5. Mineral Interest #1, Terrebonne Parish, LA | A | Royalty | J | W | | | | | |
| 6. Mineral Interest #2, Terrebonne Parish, LA | A | Royalty | J | W | | | | | |
| 7. IRA #1 | E | Int./Div. | M | T | | | | | |
| 8. -Wachovia Securities Sweep Account | | | | | | | | | |
| 9. -PAI | | | | | | | | | |
| 10. -HIO | | | | | | | | | |
| 11. -EOD | | | | | | | | | |
| 12. -GFAFX | | | | | | | | | |
| 13. -PRFDX (Y) | | | | | Sold | 7/8 | J | | |
| 14. -CIBFX | | | | | Sold (part) | 7/8 | K | | |
| 15. -EAAFX | | | | | Sold (part) | 7/8 | K | | |
| 16. -FFALX | | | | | Sold (part) | 7/8 | K | | |
| 17. -PTLDX (Y) | | | | | Sold | 6/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - FSMXX | | | | | Buy | 6/16 | K | | |
| 19. | | | | | Buy (add'l) | 7/16 | K | | |
| 20.  - USB'L | | | | | Buy | 10/14 | J | | |
| 21.  IRA#2 | A | Dividend | M | T | | | | | |
| 22.  -Blackrock Fundamental Growth | | | | | | | | | |
| 23.  -Blackrock Global Allocation C+ | | | | | | | | | |
| 24.  -Blackrock Global Smallcap C+ | | | | | | | | | |
| 25.  -Van Kampen Comstock Fund+Class C | | | | | | | | | See note Part VIII |
| 26.  -Blackrock Managed Inc. | | | | | | | | | See note Part VIII |
| 27.  Merrill Lynch CMA Account | A | Interest | J | T | | | | | |
| 28.  IRA #3 | A | Dividend | L | T | | | | | |
| 29.  - ACMUY (Y) | | | | | Sold | 2/15 | J | | |
| 30.  - AET (Y) | | | | | | | | | |
| 31.  - MO (Y) | | | | | Sold | 2/15 | J | | |
| 32.  - AWC (Y) | | | | | Sold | 2/15 | J | | |
| 33.  - AU (Y) | | | | | Sold | 2/15 | J | | |
| 34.  - AON (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 05/19/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - APA (Y) | | | | | Sold | 2/15 | J | A | |
| 36. - AZN (Y) | | | | | | | | | |
| 37. - T (Y) | | | | | Sold | 2/15 | J | | |
| 38. - ABX (Y) | | | | | Sold | 2/15 | J | A | |
| 39. - BP (Y) | | | | | Sold | 2/15 | J | | |
| 40. - CA (Y) | | | | | Sold | 2/15 | J | | |
| 41. - CBS (Y) | | | | | | | | | |
| 42. - CHT (Y) | | | | | Sold | 2/15 | J | | |
| 43. - C (Y) | | | | | Sold | 2/15 | J | | |
| 44. - CMCSK (Y) | | | | | Sold | 2/15 | J | A | |
| 45. - FXE (Y) | | | | | Sold | 2/15 | J | | |
| 46. - DNPCY (Y) | | | | | Sold | 2/15 | J | | -- |
| 47. - FNM (Y) | | | | | Sold | 2/15 | J | | |
| 48. - FUJI (Y) | | | | | Sold | 2/15 | J | | |
| 49. - GNW (Y) | | | | | Sold | 2/15 | J | | |
| 50. - HIG (Y) | | | | | Sold | 2/15 | J | | |
| 51. - IR (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 05/19/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - IP (Y) | | | | | Sold | 2/15 | J | | |
| 53. - JPM (Y) | | | | | Sold | 2/15 | J | | |
| 54. - KMB (Y) | | | | | Sold | 2/15 | J | | |
| 55. - KNBWY (Y) | | | | | Sold | 2/15 | J | | |
| 56. - KTC (Y) | | | | | Sold | 2/15 | J | | |
| 57. - LMT (Y) | | | | | Sold | 2/15 | J | | |
| 58. - LNMIY (Y) | | | | | Sold | 2/15 | J | | |
| 59. - MGA (Y) | | | | | | | | | |
| 60. - MSFT (Y) | | | | | Sold | 2/15 | J | | |
| 61. - MOT (Y) | | | | | Sold | 2/15 | J | | |
| 62. - NCMGY (Y) | | | | | Sold | 2/15 | J | A | |
| 63. - NEM (Y) | | | | | Sold | 2/15 | J | | |
| 64. - NTT (Y) | | | | | Sold | 2/15 | J | | |
| 65. - NBL (Y) | | | | | Sold | 2/15 | J | A | |
| 66. - NG (Y) | | | | | | | | | |
| 67. - PCZ (Y) | | | | | | | | | |
| 68. - PBI (Y) | | | | | Sold | 2/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 05/19/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - PMSEY (Y) | | | | | | | | | |
| 70. - RDSB (Y) | | | | | Sold | 2/15 | J | | |
| 71. - S (Y) | | | | | | | | | |
| 72. - SCM (Y) | | | | | Sold | 2/15 | J | | |
| 73. - TIA (Y) | | | | | Sold | 2/15 | J | | |
| 74. - TKS (Y) | | | | | | | | | |
| 75. - TOT (Y) | | | | | | | | | |
| 76. - TSN (Y) | | | | | | | | | |
| 77. - UNP (Y) | | | | | Sold | 2/15 | J | A | |
| 78. - VIAB (Y) | | | | | Sold | 2/15 | J | | |
| 79. - VOD (Y) | | | | | | | | | |
| 80. - WFC (Y) | | | | | Sold | 2/15 | J | | |
| 81. - ALU (X) (Y) | | | | | Sold | 2/15 | J | | |
| 82. - AMGN (X) (Y) | | | | | Sold | 2/15 | J | | |
| 83. - FXY (X) (Y) | | | | | Sold | 2/15 | J | | |
| 84. - HES (X) (Y) | | | | | Sold | 2/15 | J | A | |
| 85. - IVN (X) (Y) | | | | | Sold | 2/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 05/19/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - RTN (X) (Y) | | | | | Sold | 2/15 | J | | |
| 87.   - SNY (Y) | | | | | Buy | 1/18 | J | | |
| 88. | | | | | Sold | 2/15 | J | | |
| 89.   - SU (X) (Y) | | | | | Sold | 2/15 | J | A | |
| 90.   - WACLY (X) (Y) | | | | | Sold | 2/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 05/19/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

SECTION: IV. - REIMBURSEMENTS

Line 3 - Donald "Boysie" Bollinger is a life long friend of mine. I have recused myself from any cases involving Donald Bollinger or any of his companies..

SECTION: VII. - INVESTMENTS AND TRUSTS

Line #25 IRA Merrill Lynch - Van Kampen Comstock Fund - Note only a portion of this fund was transferred to IRA #3 last year (and then sold) Should have flagged line 87 in 2007 with (Y). Van Kampen in IRA #3 has been deleted in 2008

Line #26 IRA Merrilly Lynch - Blackrock Managed Inc - Note only a portion of this fund was transferred to IRA # 3 last year (and then sold). Should have flagged line 88 in 2007 with (Y). Blackrock Managed in IRA #3 has been eleted in 2008

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R. | 05/19/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES O[...] BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544